# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1310

SEED RESEARCH EQUIPMENT SOLUTIONS, LLC,

Plaintiff-Appellee,

v.

GARY W. CLEM, INC.
(doing business as ALMACO),

Defendant-Appellant.

Appeal from the United States District Court for the District of Kansas in case no. 09-CV-1282, Judge Eric F. Melgren.

Authorized Abbreviated Caption[2]

SEED RESEARCH EQUIPMENT v GARY W. CLEM, INC., 2013-1310

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.